UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:19-cv-80898-RLR

HOWARD COHAN,

    Plaintiff,

vs.

AZAAN ENERGY LLC,
a Florida Limited Liability Company
d/b/a SHELL

    Defendant(s).
_____/

## NOTICE OF SETTLEMENT

    The Plaintiff, HOWARD COHAN hereby notifies the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

    RESPECTFULLY SUBMITTED September 30, 2019.

By: **/s/ Gregory S. Sconzo**
Gregory S. Sconzo, Esq.
Florida Bar No.: 0105553
The Law Office of Gregory S. Sconzo, P.A.
5080 PGA Boulevard, Suite 213
Palm Beach Gardens, FL 33418
Telephone: (561) 729-0940
Facsimile: (561) 491-9459
Service Email: sconzolaw@gmail.com
Email: greg@sconzolawoffice.com
Attorney for Plaintiff

1

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 30, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day via email on Defendant:

AZAAN ENERGY LLC
c/o SYED T. SHAH
12121 NW 5TH CT.
PLANTATION, FL 33325
shah357@hotmail.com
salv98@hotmail.com

                                              **/s/ Gregory S. Sconzo**
                                              **Gregory S. Sconzo, Esq.**